UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD JEROME SMITH,

    Plaintiff,

v.                                                Case No: 6:16-cv-176-Orl-18GJK

LORETTA ANN GIBISON,

    Defendant.
_____

## ORDER

This cause comes for consideration on Plaintiff Richard Jerome Smith's Motion for Leave to Proceed In Forma Pauperis (the "Motion") (Doc 2). The Court referred the Motion to United States Magistrate Judge Gregory J. Kelly for a report and recommendation. Judge Kelly filed his Report and Recommendation (Doc. 3) and neither party filed objections. Accordingly, it is hereby **ORDERED and ADJUDGED** that Plaintiff Richard Jerome Smith's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **DENIED**. The case is **DISMISSED without prejudice** and the Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 11 day of March, 2016.

                                                         G. KENDALL SHARP
                                   SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties